IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 5-20CR0111-H |
| DALE MATTHEW DEMPSEY | |

INDICTMENT

The Grand Jury Charges:

Counts One-Five
Uttering and Possessing Forged or Counterfeited Securities of an Organization
(Violation of 18 U.S.C. § 513(a))

On or about the dates set forth below, in the Lubbock Division of the Northern District of Texas, **Dale Matthew Dempsey**, defendant, aided and abetted by others known and unknown to the grand jury, did knowingly utter and possess forged and counterfeited securities of an organization, as that term is defined in Title 18, United States Code, Section 513(c)(4), with the intent to deceive another person and organization:

| Count No. | Date of Offense | Description of Security | Name of Organization |
|---|---|---|---|
| 1 | 10/08/19 | Check #3894 on the account of Park Tower Apartments in the amount of $3,800.00 | Bank of America |
| 2 | 10/09/19 | Check #3969 on the account of Park Tower Apartments in the amount of $3,805.00 | Bank of America |

Dale Matthew Dempsey
Indictment – Page 1

| 3 | 10/09/19 | Check #3973 on the account of Park Tower Apartments in the amount of $2,700.00 | Bank of America |
| 4 | 10/10/19 | Check #4012 on the account of Park Tower Apartments in the amount of $3,701.90 | Bank of America |
| 5 | 10/13/19 | Check #4042 on the account of Park Tower Apartments in the amount of $3,760.12 | Bank of America |

Each count being a violation of Title 18, United States Code, Sections 513(a) and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:   806-472-7394
E-mail:   jeffrey.haag@usdoj.gov

**Dale Matthew Dempsey**
Indictment – Page 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

DALE MATTHEW DEMPSEY

| | INDICTMENT |
|---|---|
| COUNTS 1-5: | UTTERING AND POSSESSING FORGED OR COUNTERFEITED SECURITIES OF AN ORGANIZATION<br>Title 18, United States Code, Section 513(a).<br>(5 COUNTS) |

A true bill rendered:
Lubbock                                                                                    Foreperson

Filed in open court this ___9th___ day of _September_, A.D. 2020.

ARREST WARRANT TO ISSUE
Complaint #5:20-MJ-097 filed 08/28/20

_____
UNITED STATES MAGISTRATE JUDGE

Dale Matthew Dempsey
Indictment – Page 3