UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO.: 5:20-CR-111-H-BQ-1 |
| DALE MATTHEW DEMPSEY | § § § | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The court finds that the Defendant is financially unable to obtain counsel.

**IT IS, THEREFORE, ORDERED** that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the Defendant. Such appointment shall be for all proceedings, including any appeal.

The clerk will furnish a copy of this order to each attorney of record.

**DATED:** February 24, 2021.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE