UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2021 FEB 24  AM 10: 33

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | ORDER SETTING HEARING(S) AND ORDER |
| | § | OF TEMPORARY DETENTION PURSUANT |
| | § | TO BAIL REFORM ACT |
| v. | § | CASE NO:  5:20-CR-111-H-BQ-1 |
| DALE MATTHEW DEMPSEY | § | |

## ORDER SETTING HEARING

It is **ORDERED** that a(n):

    __X__  Arraignment Hearing

    ____  Detention Hearing

    ____  Preliminary Hearing

    ____  Identity Hearing

    ____  Arraignment and Detention Hearing

    ____  Preliminary Hearing and Detention Hearing

will be held on **Wednesday, March 3, 2021, at 9:30 a.m.** before United States Magistrate Judge D. Gordon Bryant, Jr., in the United States Magistrate Judge's Courtroom, Federal Building, 2nd floor, Room 214, 1205 Texas Avenue, Lubbock, Texas.

Pending the hearing(s), the Defendant is remanded to and shall be held in custody of the United States Marshal and produced for the hearing(s).

**DATED**: February 24, 2021.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE